**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  20-cv-02449-LTB-SKC

JOY FREEMAN, an individual,

   Plaintiff,

v.

MEDIX STAFFING SOLUTIONS, INC., an Illinois corporation,

   Defendant.

**ORDER**

   THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice (Doc 24 - filed April 8, 2021), and the Court being fully advised in the premises, it is therefore

   ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                              BY THE COURT:

                                s/Lewis T. Babcock
                              Lewis T. Babcock, Judge

DATED:   April 9, 2021